**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| |
|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> EDWIN ROBLEDO-GARCIA, <br> Defendant. |

CRIMINAL NO. 97-082(SEC)

RECEIVED & FILED
05 NOV 17 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing an application and order, the nature of which requires that it be kept sealed.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that these pleadings be kept under seal until further order from the Court.

WHEREFORE, the United States of America respectfully prays the Court to grant its request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of November 2005.

H.S. GARCIA
United States Attorney

Sonia I. Torres 209310
Chief, Criminal Division
Assistant U.S. Attorney
United States Attorney's Office
Suite 1201, Torre Chardon
350 Chardon Street
Hato Rey, Puerto Rico 00918
Tel: (787) 766-5656

3279

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, copy of the attached motion has been sent by inter-office mail to: Damaris Tellado, U.S. Probation Officer.

At San Juan, Puerto Rico, this 16th day of November 2005.

Sonia I. Torres 209310
Chief, Criminal Division
Assistant U.S. Attorney